UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



------------------------------------------------------------X
CHERYL ALFORD,

                      Petitioner,                  08 CIVIL 4034(BSJ)

    -against-                                  __JUDGMENT__

BROADLANE,

                      Respondent.
------------------------------------------------------------X

       Petitioner having moved to compel arbitration, and the matter having been brought before the Honorable Barbara Jones, United States District Judge, and the Court, on February 25, 2009, having issued its Order granting petitioner's motion to compel arbitrationion award, and closing the case, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated Feb 25, 2009, petitioner's motion to compel arbitration is granted ; accordingly, the case is closed.

**Dated:** New York, New York
           February 26 2009

                                                     J. MICHAEL MCMAHON
                                                     Clerk of Court
                                   BY:
                                                         Deputy Clerk

