**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------X
CHERYL ALFORD,

              Plaintiff,

      -against-

BROADLANE,

              Defendant.
------------------------------------------------------X

08 CIVIL 4034 (BSJ)(THK)

**CORRECTED JUDGMENT**

**SCANNED**

    Defendant Broadlane having moved to compel arbitration and to dismiss, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on February 25, 2009, having rendered its Order granting defendant's Motion to Compel Arbitration Pursuant to the Federal Arbitration Act and dismissing plaintiff's complaint, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 25, 2009, defendant's Motion to Compel Arbitration Pursuant to the Federal Arbitration Act is granted and plaintiff's complaint is dismissed; the Court directs the Parties to proceed to arbitration; Plaintiff may re-file upon completion of the arbitration if further relief from the Court is necessary; accordingly, the case is closed.

**Dated:** New York, New York
         March 4, 2009

                                              **J. MICHAEL McMAHON**
                                                 **Clerk of Court**
                           **BY:**

                                                 **Deputy Clerk**

                                  THIS DOCUMENT WAS ENTERED
                                  ON THE DOCKET ON _____